Summons in a Civil Action (Rev. 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -6  PM 2:25

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KIMBERLY A. SCHNEIDER, an
individual;

vs

LEWIS, MILLER & COMPANY, INC.
a corporation; and DOES 1 through
10 inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV  2095 IEG JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

NOV 06 2007

W. Samuel Hamrick, Jr.

CLERK
J. PAINS

DATE

By                          , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)