1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY A. SCHNEIDER, | Case No. 07-CV-2095-IEG (JMA) |
| Plaintiff, | **ORDER REGARDING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| LEWIS, MILLER & COMPANY, INC., etc., et al., | |
| Defendants. | |

An Early Neutral Evaluation Conference was held on January 28, 2008 at 10:00 a.m. The case settled. The attorneys must personally appear for a Settlement Disposition Conference on **February 27, 2008** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1] If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

1  contact the chambers of Magistrate Judge Adler <u>at least one court</u>
2  <u>day before</u> the date indicated above to explain the reasons
3  therefor.  <u>Failure to comply with this order may be cause for the</u>
4  <u>imposition of monetary sanctions.</u>
5      **IT IS SO ORDERED**.
6  DATED:  January 29, 2008

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge