STEPHEN A. SCOTT (SBN 67467)
CHARLES E. TILLAGE (SBN 177983)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Parkway Suite 408
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
LEWIS, MILLER & COMPANY, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY A. SCHNEIDER, an individual<br><br>Plaintiff,<br><br>v.<br><br>LEWIS, MILLER & COMPANY, INC., a corporation; and DOES 1 through 10, inclusive<br><br>Defendant. | CASE NO. 07CV-02095 IEG<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>**Fed. Rule Civ. Proc., Rule 41(a)(1)** |

The above-captioned action has settled and the parties plaintiff KIMBERLY A. SCHNEIDER, through her attorney of record, Jeremy S. Golden of the Law Offices of Eric F. Fagan, and defendant LEWIS MILLER & COMPANY, INC., through its attorneys of record, Stephen A. Scott and Charles E. Tillage of Hayes Davis Bonino Ellingson McLay & Scott, LLP, hereby submit this Joint Motion for Dismissal.  Accordingly, this action is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated:  February 26, 2008    LAW OFFICES OF ERIC F. FAGAN


By  /s/ JEREMY S. GOLDEN
     JEREMY S. GOLDEN
     Attorney for Plaintiff
     KIMBERLY A. SCHNEIDER

159834    -1-

**JOINT MOTION FOR DISMISSAL- CASE NO. 07CV-02095**

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP |
| 4 | | By /s/ CHARLES E. TILLAGE |
| 5 | | STEPHEN A. SCOTT<br>CHARLES E. TILLAGE<br>Attorneys for Defendant |
| 6 | | LEWIS, MILLER & COMPANY, INC. |

159834

-2-

**JOINT MOTION FOR DISMISSAL- CASE NO. 07CV-02095**