UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY A. SCHNEIDER, | ) | Case No. 07-CV-2095-IEG (JMA) |
| | ) | |
| Plaintiff, | ) | **ORDER VACATING SETTLEMENT** |
| | ) | **DISPOSITION CONFERENCE** |
| v. | ) | |
| | ) | |
| LEWIS, MILLER & COMPANY, INC., etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties have filed a joint motion for dismissal. Accordingly, **IT IS HEREBY ORDERED** that the Settlement Disposition Conference scheduled for February 27, 2008 at 4:00 p.m. is <u>vacated</u>.

**IT IS SO ORDERED**.

DATED: February 26, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv2095