# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY A. SCHNEIDER, an individual<br><br>Plaintiff,<br><br>v.<br><br>LEWIS, MILLER & COMPANY, INC., a corporation; and DOES 1 through 10, inclusive<br><br>Defendant. | CASE NO. 07CV-02095 IEG<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the settlement of the parties and the Joint Motion for Dismissal filed thereby, the above-captioned action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: February 27, 2008

*Irma E. Gonzalez*
HONORABLE IRMA E. GONZALEZ
UNITED STATES DISTRICT COURT JUDGE

159835

-1-

**ORDER FOR DISMISSAL- CASE NO. 07CV-02095**